# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PEN-ONE ACQUISITION GROUP, LLC, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 17-00180-KD-MU |
| ) | |
| SAMSUNG ELECTRONICS CO. LTD., et al,) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made (Doc. 31), the Report and Recommendation of the Magistrate Judge (Doc. 30) made pursuant to 28 U.S.C. § 636(b) and S.D. Ala. Gen. LR 72(b), and dated October 4, 2017, is **ADOPTED with the following addition/revision** as the opinion of this Court: the word "alleged" is added as requested (i.e., "acts of alleged infringement," Doc. 30 at 3)).

Accordingly, it is **ORDERED** that the parties' joint motion to transfer venue (Doc. 29) is **GRANTED** and this action is **TRANSFERRED IN ITS ENTIRETY** to the Northern District of California per 28 U.S.C. §§ 1404(a) and 1406(a), rendering Defendant Samsung Electronics America, Inc.'s motion to dismiss (Doc. 17) **MOOT.**

The Clerk is **DIRECTED** to transfer this case to the Northern District of California.

**DONE** and **ORDERED** this the **30th** day of **October 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**